# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garyth Mark Poocha, Jr., <br> Petitioner, <br> v. <br> United States of America, <br> Respondent. | No. CV-20-08020-MTL (MHB) <br> No. CR-19-08035-MTL <br><br> **ORDER** |

Before the Court is the Report and Recommendation of the Magistrate Judge (R & R) (Doc. 6) recommending that Movant Garyth Mark Poocha, Jr.'s Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV20-08020 Doc. 1; CR19-08035 Doc. 38) be denied and dismissed with prejudice. Neither party has filed objections to the R & R.

Accordingly, the Court hereby accepts the R & R. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection").

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 6) is **accepted**.

**IT IS FURTHER ORDERED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV20-08020 Doc. 1; CR19-08035 Doc. 38) is **denied** and **dismissed with prejudice**, and the Clerk of the Court shall enter judgment accordingly.

**IT IS FINALLY ORDERED** that a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **denied** because Movant has not made a substantial showing of the denial of a constitutional right. (*See* Doc. 6 at 9.)

Dated this 17th day of June, 2021.

Michael T. Liburdi
United States District Judge